

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00471-CV

Kevin **MILLER**, as Agent for Miller & Bicklein,
Appellant

v.

**KIM TINDALL & ASSOCIATES, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01799
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We ORDER that appellee is awarded costs incurred related to this appeal.

SIGNED August 18, 2021.

Luz Elena D. Chapa, Justice